United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 14, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40301
Summary Calendar
_____

NORMA E. FERGUSON CERVANTES,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-03-CV-41
--------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Norma E. Ferguson Cervantes appeals the district court's judgment dismissing her complaint and affirming the Commissioner's decision denying her claim for Social Security disability insurance benefits. Cervantes argues that the administrative law judge ("ALJ") erred by failing to consider the combined effects of her impairments and by discounting the opinion of Dr. Childers. Cervantes challenges the ALJ's determination that she had the residual functional capacity to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

perform a broad range of light exertional work. Cervantes also makes arguments related to the appropriate onset date for her mental disability.

The record shows that the ALJ considered Cervantes's physical and mental impairments when making his disability determination. See Loza v. Apfel, 219 F.3d 378, 393 (5th Cir. 2000). The record also supports the ALJ's decision to afford little weight to Dr. Childers's opinion. See 20 CFR § 404.1527. The ALJ's determination that Cervantes has the residual functional capacity to perform a significant range of light work is supported by substantial evidence. See Leggett v. Chater, 67 F.3d 558, 564 (5th Cir. 1995). Because the ALJ's determination that Cervantes is not disabled is supported by substantial evidence, we do not reach her arguments concerning the onset date of her mental disability.

AFFIRMED.